UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL L. LIDBOM, | ) No. ED CV 13-02381-RGK (VBK) |
| Plaintiff, | ) ORDER (1) ACCEPTING THE FINDINGS |
| | ) AND RECOMMENDATIONS OF THE UNITED |
| v. | ) STATES MAGISTRATE JUDGE, AND (2) |
| | ) DISMISSING THE FIRST AMENDED |
| CALIFORNIA REHABILITATION CENTER, | ) COMPLAINT |
| Defendant. | ) |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, (2) granting Defendants' Motion to Dismiss First Amended Complaint; and (3) directing that Judgment be entered dismissing this action with prejudice.

DATED: 11/4/14

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE