JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL L. LIDBOM, | ) No. ED CV 13-02381-RGK (VBK) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CALIFORNIA REHABILITATION CENTER, | ) |
| Defendants. | ) |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED: 11/4/14

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Thank